IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BETTY M. RODGERS, Trustee of the Betty M. Rodgers Revocable Trust;<br><br>        Plaintiff,<br><br>vs.<br><br>JACKSON NATIONAL LIFE INSURANCE COMPANY,<br><br>        Defendant. | **CASE NO. 8:13CV164**<br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on the Parties' Joint Motion to Dismiss with Prejudice (Filing No. 20). The Motion complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The Complaint in the above-captioned matter will be dismissed with prejudice. Accordingly,

IT IS ORDERED:

1. The Parties' Joint Motion to Dismiss with Prejudice (Filing No. 20) is approved;

2. The Complaint in the above-captioned matter is dismissed with prejudice; and

3. The Court will not assess costs or attorney's fees.

Dated this 10th day of December, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge